**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       Ex parte Richard Vincent Letizia

Appellate case number:    01-16-00808-CR

Trial court case number:   2112524

Trial court:                County Criminal Court at Law No. 5 of Harris County

Date motion filed:          February 27, 2019

Party filing motion:        Appellant

It is ordered that appellant's motion for rehearing is **denied**.

Judge's signature: /s/ Russell Lloyd
                      Acting for the Court

Panel consists of Justices Lloyd, Kelly, and Hightower.

Date: April 2, 2019